# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| VERSATA DEVELOPMENT GROUP, INC., AND VERSATA SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., LANDS' END, INC., KMART HOLDING CORPORATION, AND KMART.COM, LLC.,<br><br>Defendants. | Civil Action No. 6:06-cv-325 (LED)<br><br>**JURY DEMANDED** |

## STIPULATION AND ORDER OF DISMISSAL

Defendants, Sears, Roebuck And Co., Lands' End, Inc., Kmart Holding Corporation, and Kmart.Com, LLC. and Plaintiffs Versata Development Group, Inc. and Versata Software, Inc., hereby stipulate by and between the parties, by their undersigned attorneys, that this action may be dismissed with prejudice and without costs.

Dated: July 17, 2007

Respectfully Submitted,

By: */s/ John C. Hardy, with permission By Michael E. Jones*_____
John C. Hardy
State Bar No. 08992500
HARDY & ATHERTON, P.C.
909 ESE E. Loop 323, Suite 750
Tyler, Texas 75701
(903) 561-8400
(903) 561-8228

By: */s/ Michael E. Jones*_____
MICHAEL E. JONES
State Bar No. 10929400
J. MATT ROWAN
State Bar No. 24033137
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com
mattrowan@potterminton.com

{A43\7621\0001\W0330936.2 }

| | |
|---|---|
| DONALD C. TEMPLIN<br>State Bar No. 19771500<br>Don.templin@haynesboone.com<br>Theodore G. Baroody<br>State Bar No. 01797550<br>Ted.baroody@haynesboone.com<br>HAYNES & BOONE, L.L.P.<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202-3789<br>Telephone: 214.651.5000<br>Telecopier: 214.651.5940 | Dane Drobny (pro hac vice)<br>Brian Werner (pro hac vice)<br>Winston & Strawn, LLP.<br>35 W. Wacker Dr.<br>Chicago, IL. 60601<br>(312) 558-5600<br>(312) 558-5700 (Facsimile)<br>ddrobny@winston.com<br>bwerner@winston.com<br><br>ATTORNEYS FOR DEFENDANTS,<br>SEARS, ROEBUCK AND CO., LANDS'END,<br>INC., KMART HOLDING CORPORATION, AND<br>KMART.COM, LLC. |
| ATTORNEYS FOR PLAINTIFFS<br>VERSATA  DEVELOPMENT<br>GROUP, INC. and<br>VERSATA SOFTWARE, INC. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 17th day of July 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail on this same date.

                                                                                     */s/ Michael E. Jones*